■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD THOMPSON, Appellant.

The defendant's present challenge to the sufficiency of his allocutions at the time he entered his pleas of guilty was not preserved for appellate review as a matter of law (CPL 470.05 [2]; *People v Pellegrino,* 60 NY2d 636). In any event, we find the plea allocutions to be satisfactory (*People v Harris,* 61 NY2d 9).

Moreover, the sentences imposed were lawful and appropriate and accordingly will not be disturbed (*People v Suitte,* 90 AD2d 80). Mollen, P. J., Mangano, Thompson and O'Connor, JJ., concur.